UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Whatley,<br>        Plaintiff,<br>v.<br>G. Valdovinos et al.,<br>        Defendants. | Case No.: 18-cv-02761-CAB-BGS<br><br>**ORDER ADDRESSING AND STRIKING PLAINTIFF'S AMENDED COMPLAINT**<br><br>**[ECF NO. 27]** |

  Plaintiff Whatley is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant 42 U.S.C. § 1983. Plaintiff has submitted an Amended Complaint dated October 13, 2019 and filed *nunc pro tunc* to October 19, 2019. (ECF No. 27.)

  On October 21, 2019, the Court issued an order (1) permitting Plaintiff to file an amended complaint and (2) advising Plaintiff that the amended complaint must be complete in itself. (ECF No. 25.) Thus, at the time Plaintiff submitted the Amended Complaint, he had not yet received the Court's Order and (1) did not have permission to file an amended complaint and (2) had not yet been instructed that he needed to re-allege all claims in his amended complaint or they would be waived.

1

1 | Plaintiff's Amended Complaint fails to re-allege his existing claims and thus does not comply with the Court's October 21, 2019 Order. (*See* ECF Nos. 25, 27.) Accordingly, the Court directs the Clerk of Court to **STRIKE** Plaintiff's Amended Complaint (ECF No. 27) from the docket.

Plaintiff must file an amended complaint that complies with the Court's October 21, 2019 Order (ECF No. 25) on or before **November 8, 2019**. The Court reiterates to Plaintiff that his amended complaint must be complete in itself without reference to his original pleading. Defendants not named and any claims not re-alleged in the amended complaint will be considered waived. *See* S.D. Cal. CivLR 15.1; *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) ("[A]n amended pleading supersedes the original."); *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (noting that claims dismissed with leave to amend which are not re-alleged in an amended pleading may be "considered waived if not repled.").

**IT IS SO ORDERED.**

Dated: October 22, 2019

Hon. Bernard G. Skomal
United States Magistrate Judge