IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINALD WHATLEY,**<br><br>Plaintiff,<br><br>v.<br><br>**G. VALDOVINOS, et al.,**<br><br>Defendants. | Case No. 3:18-cv-02761-CAB-BGS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART EX PARTE APPLICATION FOR COURT TO SCREEN PLAINTIFF'S SECOND AMENDED COMPLAINT AND EXTENSION OF TIME TO FILE RESPONSIVE PLEADING [Doc. No. 43.]** |

On April 6, 2020 Defendant G. Valdovinos applied ex parte for (1) the Court to screen Plaintiff Reginald Whatley's Second Amended Complaint (SAC); and (2) an extension of time to file a responsive pleading to the SAC. [Doc. No. 43.]

The Court **HEREBY ORDERS**:

1) The application for the court to screen the SAC is **DENIED** as the requested relief is inappropriate. *See Rincon v. Cate,* 2011 WL 1642615, at *1-2 (S.D. Cal. Apr. 29, 2011)("nothing in . . . §1915A permits Defendants to request the Court do anything *sua sponte*).

2) Defendant Valdovinos' request for an extension of time to file a responsive pleading to the SAC is **GRANTED.** Defendant Valdovinos' responsive

1

pleading to the SAC will be suspended until such time as the SAC has been served on Defendant Romero; then Defendant Valdovinos' responsive pleading deadline will be the same as Defendant Romero's responsive pleading deadline based on the date of service of the SAC (by waiver or otherwise).

**IT IS SO ORDERED.**

Dated:  April 7, 2020

Hon. Cathy Ann Bencivengo
United States District Judge